■ In the Matter of DENZEL A. and Another, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ROLAND A., Appellant. [858 NYS2d 645]—Appeal from an order of the Family Court, Erie County (Patricia A. Maxwell, J.), entered April 17, 2007 in a proceeding pursuant to Family Court Act article 6. The order, among other things, granted the petition and terminated respondent's parental rights.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Martoche, J.P., Smith, Centra, Peradotto and Green, JJ.

■ ANDREA STRAW, Appellant-Respondent, v DOLLAR GENERAL CORPORATION et al., Respondents-Appellants. [858 NYS2d 645]—Appeal and cross appeal from an order of the Supreme Court, Erie County (Rose H. Sconiers, J.), entered May 4, 2007 in a personal injury action. The order denied the motion of plaintiff for partial summary judgment and the cross motion of defendants for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Martoche, J.P., Smith, Centra, Peradotto and Green, JJ.